NICOLE M. ARGENTIERI
Acting Assistant Attorney General
CHRISTOPHER S. MERRIAM
Senior Counsel
MICHAEL CHRISTIN
Trial Attorney
Computer Crime and Intellectual Property Section
United States Department of Justice
1301 New York Avenue, NW, Suite 600
Washington, D.C. 20530
Tel.:  202-514-1026
christopher.s.merriam@usdoj.gov
michael.christin@usdoj.gov

JASON M. FRIERSON
United States Attorney
JESSICA OLIVA
EDWARD G. VERONDA
Assistant United States Attorneys
Office of the United States Attorney
501 South Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Tel.: 702-388-6336
jessica.oliva@usdoj.gov
edward.g.veronda@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>KRISTOPHER LEE DALLMANN,<br><br>DOUGLAS M. COURSON,<br><br>FELIPE GARCIA,<br><br>JARED EDWARD JAUREQUI,<br>  a/k/a Jared Edwards,<br><br>PETER H. HUBER, and<br><br>    Defendants. | Case No. 2:22-cr-30-RFB-DJA<br><br>**JOINT STIPULATION FOR EXTENSION FOR GOVERNMENT'S OMNIBUS RESPONSE TO RULE 29 MOTIONS TO JULY 23, 2024** |

The United States and Defendants Kristopher Lee Dallmann, Douglas M. Courson, Felipe Garcia, Jared Edward Jaurequi, and Peter H. Huber, jointly request an extension for the Government to file an Omnibus response to all Rule 29 Motions by Defendants to July 23, 2024.

On June 18, 2024, a jury returned a verdict of guilty to all five defendants for Count 1, Conspiracy. ECF. 480. Additional verdicts of guilty were returned against Kristopher Dallmann. *Id.*

Defendant Kristopher Dallmann filed a Motion for Acquittal Pursuant to Rule 29(c) on June 25, 2024. ECF 486. Defendant Peter Huber filed a Motion for Acquittal and Motion for New Trial on June 30, 2024. ECF 487-488. Defendant Felipe Garcia filed a Motion for Acquittal and a Motion for New Trial on July 1, 2024. ECF 489-490. Defendant Douglas Courson filed a Motion for Acquittal and a Motion for New Trial on July 2, 2024. ECF 491-492.

An additional Rule 29(c) motions is expected to be filed by Defendant Jared Jaurequi on Tuesday, July 2, 2024.

The parties stipulate to the Government to file an Omnibus Response to all motions by July 23, 2024.

As some counsel for the Defendants have conflicts in late July/early August, the Government agrees to extending the deadline to reply by Defense Counsels to a time later than the standard 7 days. Specifically, due to the conflicts, the parties jointly agree to a deadline for a reply to the Government's Omnibus Response to August 8, 2024.

1

2

3

4          Respectfully submitted this 2nd day of July, 2024.

5

6

7  RENE L. VALLADARES              JASON M. FRIERSON
   Federal Public Defender         United States Attorney

8  /s/ LaRonda R. Martin_____
   LARONDA R. MARTIN               /s/ Edward G. Veronda_____

9  KEVIN TATE                       JESSICA OLIVA
   RICK MULA                        EDWARD G. VERONDA

10 Assistant Federal Public Defenders   Assistant United States Attorneys
   Counsel for Kristopher Dallmann

11                                  NICOLE M. ARGENTIERI
                                    Acting Assistant Attorney General

12                                  /s/ Michael Christin_____
                                    MICHAEL CHRISTIN

13                                  CHRISTOPHER S. MERRIAM
                                    Trial Attorney
                                    United States Department of Justice

14

15 /s/ William H. Brown_____      /s/ Paola M. Armeni_____
   WILLIAM H. BROWN                 PAOLA M. ARMENI

16 CHRISTOPHER MISHLER              AUSTIN BARNUM
   Counsel for Felipe Garcia        Counsel for Douglas M. Courson

17 /s/ Russell Marsh_____
   RUSSELL MARSH

18 Counsel for Jared E. Jaurequi

19 /s/ Kathleen Bliss_____
   KATHLEEN BLISS

20 Counsel for Peter H. Huber

21

22

23

24

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-30-RFB-DJA |
| Plaintiff, |  |
| v. | **ORDER** |
| KRISTOPHER LEE DALLMANN, |  |
| DOUGLAS M. COURSON, |  |
| FELIPE GARCIA, |  |
| JARED EDWARD JAUREQUI,<br>    a/k/a Jared Edwards, |  |
| PETER H. HUBER, and |  |
| Defendants. |  |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the Government's Deadline to File an Omnibus Response to all five Defendant's Acquittal Pursuant to Rule 29(c) be extended to July 23, 2024.

IT IS HEREBY ORDERED that each Defendant's reply to the Government's Omnibus Response is extended to August 8, 2024.

DATED this _____ day of July, 2024.


_____
HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

4