KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
170 South Green Valley Parkway
Suite 300
Henderson, Nevada 89012
Telephone: (702) 318-7375

MILAN CHATTERJEE, ESQ.
Nevada Bar No. 15159
Milan@MilansLegal.com
MILAN'S LEGAL
3172 N. Rainbow Blvd, #1406
Las Vegas, NV 89108
Telephone: (702) 381-2875

*Attorneys for Peter Huber*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-0030-RFD-DJA-6 |
| Plaintiff; | **MOTION FOR JOINDER TO MOTIONS FOR NEW TRIAL** |
| vs. | |
| Peter Huber, | |
| Defendant. | |

Defendant Peter Huber, by and through his attorneys, Kathleen Bliss and Milan Chatterjee, moves for joinder to the Motions for New Trial filed by Defendants Felipe Garcia (ECF No. 490), and Douglas Courson (ECF No. 492).

/ / /

/ / /

Dated this 8th day of July 2024.

s/s KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
170 South Green Valley Parkway
Suite 300
Henderson, Nevada 89012
Telephone: (702) 318-7375

s/s MILAN CHATTERJEE, ESQ.
Nevada Bar No. 15159
Milan@MilansLegal.com
MILAN'S LEGAL
3172 N. Rainbow Blvd, #1406
Las Vegas, NV 89108
Telephone: (702) 381-2875

*Attorneys for Peter Huber*

## CERTIFICATE OF SERVICE

I certify that I am an employee of KATHLEEN BLISS LAW PLLC and that on this 8th day of July 2024, I did cause a true copy of:

**Motion For Joinder to ECF Nos. 490 and 492**

To be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing system in this action.

By:   /s/ Kathleen Bliss
      An employee of
      KATHLEEN BLISS LAW PLLC