CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
AUSTIN BARNUM
Nevada Bar No. 15174
Email: abarnum@clarkhill.com
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
*Attorneys for Defendant, Douglas M. Courson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS M. COURSON,<br><br>Defendant. | CASE NO.: 2:22-cr-00030-RFB-DJA-3<br><br>**DOUGLAS M. COURSON'S MOTION FOR JOINDER TO ECF NOS 486, 487, 489, AND 497** |

Defendant Douglas Courson, by and through his attorneys, Paola M. Armeni, Esq. and Austin Barnum, Esq., of the law firm of Clark Hill PLLC, moves for an order of joinder to Kristopher Dallmann's Motion for Judgment of Acquittal Under Fed. R. Crim. P. 29(c) (ECF No. 486); Peter Huber's Motion for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29(c) (ECF No. 487); Felipe Garcia's Motion for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29(c) (ECF No. 489); and Jared Jaurequi's Motion for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29(c) (ECF No. 497).

///
///
///
///
///
///

CLARKHILL\L0566\439686\277927476.v1-7/3/24

For judicial efficiency, Mr. Courson does not renumerate the legal authorities and facts outlined and hereby incorporates the points and authorities and arguments presented in all motions.

Dated this ___ day of July, 2024.

CLARK HILL PLLC

/s/ *Paola M. Armeni, Esq.*
PAOLA M. ARMENI (SBN: 8357)
AUSTIN BARNUM (SBN: 15174)
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Attorneys for Defendant Douglas M. Courson

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The undersigned hereby certifies that service of **Douglas M. Courson's Motion for** |
| 3 | **Joinder to ECF NOS 486, 487, 489, and 497** was served on the 3 of July 2024, via the Court's |
| 4 | CM/ECF electronic filing system addressed to all parties on the e-service list. |
| 5 | Christopher R Oram  contact@christopheroramlaw.com, janaoram@gmail.com |
| 6 | Kevin Andre Tate  kevin_tate@fd.org, cecilia_valencia@fd.org, jeremy_kip@fd.org |
| 7 | Lance A Maningo  lance@maningolaw.com, kelly@maningolaw.com, |
| 8 | yasmin@maningolaw.com |
| 9 | William H Brown  wbrown@brownmishler.com |
| 10 | Richard E Tanasi  rtanasi@tanasilaw.com |
| 11 | Kathleen Bliss  kb@kathleenblisslaw.com, ac@kathleenblisslaw.com, |
| 12 | jt@kathleenblisslaw.com |
| 13 | Russell Marsh  russ@wmllawlv.com, debbie@wmllawlv.com, smuralidhara@wmllawlv.com |
| 14 | Sunethra Muralidhara  smuralidhara@wmllawlv.com, DNovak@wmllawlv.com, |
| 15 | debbie@wmllawlv.com |
| 16 | Richard (Tony) Anthony Lopez  tony.lopez@usdoj.gov, CaseView.ECF@usdoj.gov, |
| 17 | jackie.bryant@usdoj.gov |
| 18 | Christopher Mishler  cmishler@brownmishler.com |
| 19 | Jessica Oliva  jessica.oliva@usdoj.gov, caseview.ecf@usdoj.gov, jackie.bryant@usdoj.gov, |
| 20 | tony.lopez@usdoj.gov |
| 21 | Edward G Veronda  edward.g.veronda@usdoj.gov, CaseView.ECF@usdoj.gov, |
| 22 | Natasha.Andrews@usdoj.gov, stephanie.perkins@usdoj.gov |
| 23 | Rick Mula  rick_mula@fd.org, Kaitlyn_O'Hearn@fd.org, ecf_nvnch@fd.org, |
| 24 | felicia_darensbourg@fd.org, jeremy_kip@fd.org, kaitlyn_ohearn@fd.org |
| 25 | LaRonda R. Martin  LaRonda_Martin@fd.org, felicia_darensbourg@fd.org, |
| 26 | jeremy_kip@fd.org |
| 27 | Michael Christin  michael.christin@usdoj.gov; edie.britman@usdoj.gov |
| 28 | |

CLARKHILL\L0566\439686\277927476.v1-7/3/24

1 | Milan Chatterjee    milan@milanslegal.com

_____
An employee of CLARK HILL

CLARKHILL\L0566\439686\277927476.v1-7/3/24