UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KRISTOPHER DALLMANN, *et al.*, <br><br> Defendants. | Case No. 2:22-cr-00030-RFB-DJA <br><br> **ORDER** |

    Defendant Kristopher Dallmann has submitted several pro se motions. However, Mr. Dallmann is represented by the Federal Public Defender. A defendant in a criminal case does not have a right to both self-representation and counsel. United States v. Bergman, 813 F.2d 1027, 1030 (9th Cir. 1987). Thus, district courts are not required to consider pro se motions filed by a defendant who is represented by counsel. See, e.g., Krongkiet v. Beard, 597 F. App'x 416, 417 (9th Cir. 2015) (holding court's "refusal to entertain [a] pro se motion" was proper because petitioner was "represented by counsel"); United States v. Ortiz-Martinez, 593 F. App'x 649, 650 n.2 (9th Cir. 2015) ("This court, however, does not entertain pro se motions from parties represented by counsel."). Accordingly, this Court declines to consider Mr. Dallmann's pro se motions.

    The court may sua sponte "strike from a pleading . . . any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f). The court also has inherent authority to manage its docket and discretion to strike improper documents from the record. See Dietz v. Bouldin, 579 U.S. 40, 47 (2016); Ready Transp., Inc. v. AAR Mfg., Inc., 627 F.3d 402, 404 (9th Cir. 2010).

///

///

///

**IT IS THEREFORE ORDERED** that the Clerk of Court **STRIKE** Mr. Dallmann's pro se motions (ECF Nos. 500, 501, 507).

**DATED:** July 8, 2024

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**